# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND DOUGLAS YOUNG,** | : | **CIVIL ACTION NO. 1:02-CV-1437** |
| **Plaintiff** | : | **(Judge Conner)** |
| **v.** | : | |
| **CITY OF YORK, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 19th day of October, 2005, upon consideration of plaintiff's motion in limine (Doc. 115), seeking to exclude evidence of plaintiff's prior criminal convictions, and it appearing that the motion does not specify any particular convictions to be excluded, see FED. R. EVID. 609 (providing that, *inter alia*, the type of crime, potential term of punishment, and time since conviction or release from confinement are factors in deciding whether a criminal conviction is admissible to impeach a witness), it is hereby ORDERED that:

1. On or before Friday, October 21, 2005, plaintiff shall file a supplemental brief, specifying the type of crime, potential term of punishment, and time since conviction and release from any confinement (including probation or parole) for any convictions that plaintiff seeks to be excluded. Plaintiff's supplemental brief shall also include the required certificate of concurrence or non-concurrence. See L.R. 7.1.

2. On or before Thursday, October 27, 2005, defendant shall file a brief in opposition to the motion in limine (Doc. 115).

3. Plaintiff shall be permitted to file, on or before Monday, October 31, 2005, a brief in reply to defendant's brief in opposition.

          S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge